NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIGNATURE SYSTEMS, LLC,**

*Appellant*

**v.**

**AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,**

*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Intervenor*

---

2020-1319

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2018-00035.

---

**JUDGMENT**

---

EDWARD A. PENNINGTON, Smith, Gambrell & Russell, LLP, Washington, DC, argued for appellant.    Also

represented by JOHN P. MOY.

JOHN D. VANDENBERG, Klarquist Sparkman, LLP, Portland, OR, argued for appellees. Also represented by ROBERT TODD CRUZEN, SARAH ELISABETH JELSEMA, TODD M. SIEGEL.

PETER JOHN SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by KAKOLI CAPRIHAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 3, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court